Honorable Robert S. Lasnik

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| ROBERT WALTERS, an individual, and TERRY THORP, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SUPERIOR TANK LINES NORTHWEST DIVISION, LLC a foreign limited liability company,<br><br>Defendant. | Case No. 2:19-cv-00191-RSL<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO AMEND CASE SCHEDULE**<br><br>Note on Motion Calendar:<br>April 5, 2019 |

Having received and reviewed Defendant's Unopposed Motion to Amend the Scheduling Order, and for good cause shown therein, the Court hereby GRANTS the Motion. Trial is set for February 3, 2020. A revised case schedule reflecting that trial date will follow this Order.

DATED this 5th day of April, 2019.

_____
Honorable Robert S. Lasnik
United States District Judge

Presented by:

ATER WYNNE LLP

s/ Sarah Hale
Sarah Hale, WSBA #40241
Attorneys for Defendant

ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
TO AMEND CASE SCHEDULE - PAGE 1
Case No. 2:19-cv-00191-RSL

ATER WYNNE LLP
1331 NW LOVEJOY STREET, SUITE 900
PORTLAND, OR 97209-3280
(503) 226-1191

3244359/1/SH/108349-0003