UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT WALTERS, *et al.*, <br><br> Plaintiffs, <br> vs. <br><br> SUPERIOR TANK LINES NORTHWEST DIVISION, LLC, <br><br> Defendant. | Case No.: C19-0191RSL <br><br> STIPULATION AND ORDER FOR DISMISSAL OF ROBERT WALTERS' CLAIMS |

## **STIPULATION**

Plaintiff, Robert Walters, and Defendant, Superior Tank Lines Northwest Division, LLC, by and through their attorneys of record stipulate as follows:

1. Any and all claims in the above entitled action between Robert Walters and Superior Tank Lines Northwest Division, LLC, should be dismissed with Prejudice.

2. Dismissal shall be without an award of fees or costs to any party.

3. This stipulation and dismissal do not apply to any claims asserted in the above entitled action by Plaintiff, Terry Thorp.

STIPULATION AND ORDER
OF DISMISSAL
Page 1

ROCKE | LAW Group, PLLC
500 Union Street, Suite 909
Seattle, WA 98101
(206) 652-8670

DATED this 18th day of January 2023.

| ROCKE LAW GROUP, PLLC | BUCHALTER |
|---|---|
| By: /s/ Sara Kincaid<br>Aaron V. Rocke, WSBA #31525<br>Sara Kincaid, WSBA #55846<br>500 Union Street, Suite 909<br>Seattle, WA 98101<br>Email: aaron@rockelaw.com<br>Email: sara@rockelaw.com<br>*Attorneys for Plaintiffs* | By: /s/ Alexandra Shulman, by permission<br>Brad P. Thoreson, WSBA #18190<br>Leah Lively, WSBA #45889<br>Alexandra Shulman, WSBA #48888<br>1420 Fifth Avenue, Suite 3100<br>Seattle, WA 98101<br>Email: bthoreson@buchalter.com<br>Email: llively@buchalter.com<br>Email: ashulman@buchalter.com<br>*Attorneys for Defendant* |

STIPULATION AND ORDER
OF DISMISSAL
Page 2

ROCKE | LAW Group, PLLC
500 Union Street, Suite 909
Seattle, WA 98101
(206) 652-8670

**ORDER**

BASED on the foregoing stipulation of the parties, It Is Hereby Ordered, Adjudged and Decreed as follows:

Any and all claims in the above matter between Robert Walters and Superior Tank Lines Northwest Division, LLC, are dismissed with prejudice and without an award of attorney's fees or costs.

SIGNED this  19th  day of   January    , 2023.

ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE