UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TERRY THORP, an individual,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>SUPERIOR TANK LINES NORTHWEST DIVISION, LLC a foreign limited liability company,<br><br>　　　　　　Defendant. | Case No. 2:19-cv-00191-RSL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff, Terry Thorp, and defendant, Superior Tank Lines Northwest Division, LLC, that all claims should be dismissed with prejudice and without any costs or attorneys' fees to either party. The parties request that the Court enter the Order below consistent with this stipulation.

STIPULATED AND AGREED to on this 20th day of July, 2023.

By: *s/ Aaron Rocke (w/ consent)*　　　　By: *s/ Alexandra M. Shulman*
　　Aaron Rocke, WSBA No. 31525　　　　　Alexandra Shulman, WSBA No. 48888
　　Rocke Law Group, PLLC　　　　　　　　Buchalter PC
　　Email: aaron@rockelaw.com　　　　　　Email: ashulman@buchalter.com
　　Attorneys for Plaintiff　　　　　　　　Attorneys for Defendant

ORDER GRANTING DEFENDANT'S MOTIONS IN *LIMINE* - 1
CASE NO. 2:19-CV-00191-RSL

BUCHALTER
1420 FIFTH AVE., STE. 3100
SEATTLE, WA 98101-1337
PHONE: 206-319-7052

## ORDER

THIS MATTER comes before the Court upon the parties' stipulation that all claims by all parties asserted in this lawsuit should be dismissed.

IT IS SO ORDERED all of claims asserted are hereby dismissed with prejudice and without assessment by the Court of costs or attorneys' fees to either party.

Dated this 21st day of July, 2023.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Presented by:

BUCHALTER
A Professional Corporation

*s/ Alexandra M. Shulman*
 Alexandra M. Shulman, WSBA #48888
 Leah Lively, WSBA #45889
 Bradley P. Thoreson, WSBA #18190
 1420 Fifth Ave., Ste. 3100
 Seattle, WA 98101-1337
 Telephone: (206) 319-7052
 Email: ashulman@buchalter.com
 Email: llively@buchalter.com
 Email: bthoreson@buchalter.com

    Attorneys for Defendant

*s/ Aaron Rocke (w/ consent)*
 Aaron Rocke, WSBA #31525
 Rocke Law Group, PLLC
 500 Union Street, Suite 909
 Seattle, WA  98101
 Telephone:  (206) 652-8670
 Email:  aaron@rockelaw.com

    Attorneys for Plaintiff